■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JONES, Also Known as TIMOTHY WILLIAMS, Appellant. [652 NYS2d 459] —Appeal by the defendant from the judgment of the Supreme Court, Kings County (Hall, J.), rendered on March 16, 1995, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Justice Copertino has been substituted for the late Justice Hart (*see,* 22 NYCRR 670.1 [c]).

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Copertino, J. P., Altman, Goldstein and McGinity, JJ., concur.